JUDSON B. WILDS et al., as Executors of WILLIAM W. SMITH, Deceased, Respondents, *v.* AMZI L. BARBER, Appellant.

*Smith* v. *Barber*, 117 App. Div. 922, affirmed.
(Argued November 18, 1908; decided December 8, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 15, 1907, affirming a judgment in favor of the plaintiffs, entered upon a verdict directed by the court and an order

denying a motion for a new trial in an action to recover rent alleged to be due under a certain lease.

*W. W. Niles* for appellant.

*Austen G. Fox, John M. Bowers* and *Latham G. Reed* for respondents.

Judgment affirmed, with costs ; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ